[No. 2602–3. Division Three. April 20, 1978.]

*In the Matter of the Personal Restraint of*
ROBERT EUGENE SMITH, *Petitioner.*

Appeal from a judgment of the Superior Court for Yakima County, No. 12816, Ian R. MacIver, J., entered February 21, 1963. *Dismissed* by unpublished per curiam opinion.

[No. 5190–1. Division One. April 24, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. ISAAC
BENJAMIN PUTNAM, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 75690, Horton Smith, J., entered October 28, 1976. *Affirmed* by unpublished opinion per Andersen, J., concurred in by James and Dore, JJ.

[No. 5226–1. Division One. April 24, 1978.]

*In the Matter of the Marriage of* MARCELA L.
CHESTERFIELD, *Respondent, and* ROBERT
B. CHESTERFIELD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. D–84815, George H. Revelle, J., entered November 10, 1976. *Affirmed* by unpublished per curiam opinion.